UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-04724-SVW-SSx | Date | April 23, 2014 |
|---|---|---|---|
| Title | Jeremy Korzen v. Tetra Tech Inc et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE

This case was filed on June 28, 2013. (Dkt. 1). On January 17, 2014, the Court granted Defendants' motion to dismiss, without prejudice. (Dkt. 38). Plaintiff has not filed an amended complaint since the Court's order. The Court orders Plaintiff to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b). Plaintiff shall have 30 days to do so.

IT IS SO ORDERED.

|   |   : |   |
|---|---|---|
|   | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-04724-SVW-SSx | Date | April 23, 2014 |
|---|---|---|---|
| Title | Jeremy Korzen v. Tetra Tech Inc et al | | |

: _____

Initials of Preparer        PMC