1

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY (#134180)

2
MICHAEL GOLDBERG (#188669)

3
ROBERT V. PRONGAY (#270796)
1925 Century Park East, Suite 2100

4
Los Angeles, California 90067

5
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

6

7
*Attorneys for Plaintiff*

8
[Additional Counsel on Signature Page]

9

10
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 JEREMY KORZEN, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 13-04724-SVW-SS |
| 13 | |
| 14 Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| 15 | |
| 16 v. | |
| 17 TETRA TECH, INC., DAN L. BATRACK, and STEVEN M. BURDICK, | Hon. Stephen V. Wilson |
| 18 | |
| 19 | |
| 20 Defendants. | |

21

22

23

24

25

26

27

28

Lead Plaintiff William Daniel Hudock ("Plaintiff") through his undersigned counsel of record, states as follows:

WHEREAS, this action for violations of the Securities Exchange Act of 1934 was filed on June 28, 2013, and a Consolidated Amended Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint") was filed on October 30, 2013;

WHEREAS, this action was filed as a class action but not certified as such;

WHEREAS, pursuant to the Court's Order dated October 1, 2013, the Court appointed William Daniel Hudock as Lead Plaintiff and the undersigned plaintiff's counsel as Lead Counsel;

WHEREAS, on January 17, 2014, the Court granted Defendants' motion to dismiss the Consolidated Complaint without prejudice;

WHEREAS, Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed;

WHEREAS, counsel for Lead Plaintiff and Defendants have met and conferred concerning this action, and agree that all parties will bear their own costs and fees upon Lead Plaintiff's voluntarily dismissal of this consolidated action with prejudice;

WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1), Lead Plaintiff is entitled to dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment ..."

1

THEREFORE, Lead Plaintiff, through his undersigned counsel, hereby dismisses

this action with prejudice, with all parties to bear their own costs and fees.

Dated:   April 24, 2014                    **GLANCY BINKOW & GOLDBERG LLP**

By:  _s/ Lionel Z. Glancy_
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*Liaison Counsel for Plaintiff*

**POMERANTZ LLP**
Patrick V. Dahlstrom, *Pro Hac Vice*
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman, *Pro Hac Vice*
Lesley F. Portnoy, *Pro Hac Vice*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

*Lead Counsel for Plaintiff*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRONSTEIN GEWIRTZ &**
   **GROSSMAN LLP**
Peretz Bronstein
60 E. 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Additional Counsel for Plaintiff*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On April 24, 2014, I served the following documents:

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2014, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

Case 2:13-cv-04724-SVW-SS   Document 40   Filed 04/24/14   Page 6 of 6   Page ID #:738

# Mailing Information for a Case 2:13-cv-04724-SVW-SS Jeremy Korzen v. Tetra Tech Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Louis C Ludwig**
  lcludwig@pomlaw.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Lesley F Portnoy**
  lfportnoy@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Daniel J Tyukody , Jr**
  dtyukody@goodwinprocter.com,azunigagarcia@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)